Robert E. Barton, OSB No. 814637
Internet e-mail: rbarton@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Attorneys for Defendants Security Guys,
LLC and Security Guys, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| THE ESTATE OF JESSE AUSTIN TRADER, by and through TED L. TRADER, Personal Representative for The Estate of Jesse Austin Trader,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES, acting through its agencies, the United States Department of Transportation; USDA Forest Service, Bureau of Land Management - Washington DC; Bureau of Land Management - Oregon; and the Northwest Interagency Coordination Center,<br><br>Defendants,<br><br>and<br><br>DUTCH MINING, L.L.C., an Oregon Domestic Limited Liability Company,<br><br>Defendant,<br><br>and<br><br>SECURITY GUYS, LLC, an Oregon Domestic Limited Liability Company; and SECURITY GUYS, INC., an Oregon Domestic Business Corporation,<br><br>Defendants, | Case No. 1:16-CV-01385-MC<br><br>STIPULATED LIMITED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SECURITY GUYS, LLC AND SECURITY GUYS, INC. |

Page 1 -   STIPULATED LIMITED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SECURITY GUYS, LLC AND SECURITY GUYS, INC.

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

and

DANIEL TRADER, an individual,

    Defendant.

IT IS HEREBY STIPULATED that plaintiff's claims against defendants Security Guys, LLC and Security Guys, Inc. have been fully compromised and settled and shall be dismissed with prejudice and without attorney fees or costs to any party.

IT IS SO STIPULATED:

_____  Dated: 9-29-17
Robert L. Winkler, OSB No. 873701
Attorney for Plaintiff

_____  Dated: 10/16/17
Robert E. Barton, OSB No. 814637
Attorney for Defendants Security Guys,
LLC and Security Guys, Inc.

Based on the parties' stipulation, it is

ADJUDGED that plaintiff's claims against defendants Security Guys, LLC and Security Guys, Inc. are dismissed with prejudice and without costs to any party.

DATED this 17th day of October, 2017.

                                              s/Michael J. McShane
                                              United States District Court
                                              Judge Michael J. McShane

Page 2 -    STIPULATED LIMITED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SECURITY GUYS, LLC AND SECURITY GUYS, INC.

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **[PROPOSED] STIPULATED LIMITED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SECURITY GUYS, LLC AND SECURITY GUYS, INC.** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Robert L. Winkler
Jeremy C. Rice
Parks Bauer Sime Winkler & Fernety LLP
200 Civic Center Office Building
570 Liberty St. SE
Salem, OR 97301
Of Attorneys for Plaintiff

Carl R. Amala
Harris Wyatt & Amala
5778 Commercial Street, SE
Salem, OR 97306
Of Attorneys for Plaintiff

Billy J. Williams
United States Attorney
Kevin Danielson
Assistant United States Attorney
1000 SW 3rd, Suite 600
Portland, OR 97204-2902
Of Attorneys for the United States

Page 1 - CERTIFICATE OF SERVICE

Bernard S. Moore
Frohnmayer Deatherage Jamieson
Moore Armosino & McGovern PC
2592 East Barnette Road
Medford, OR 97504
Of Attorneys for Defendant Dan Trader

DATED: October 16, 2017

_____
Robert E. Barton

Page 1 - CERTIFICATE OF SERVICE